580658

**SUPREME COURT OF THE STATE OF NEW YORK**
**County of New York**


*242916*

**AFFIDAVIT OF SERVICE**

Index no :1:23-cv-07679-JHR-VF

Seana Cromitie, on behalf of herself and all others similarly situated

        Plaintiff(s),

vs.

**RBS Shoe Corporation**

        Defendant(s).
_____/

**STATE OF CONNECTICUT**
                      ss: East Hartford
**HARTFORD COUNTY**

**Eric Rubin**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **09/07/2023** at **1:45 PM**, I served the within **Summons and Class Action Complaint, Demand for Jury Trial** on **RBS Shoe Corporation** at **c/o Joseph Brachfeld, 101 Merritt 7, Ste. 300, Norwalk, CT 06851** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Joseph Brachfeld, Agent for Service** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **RBS Shoe Corporation**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Gray | 74 | 5'9" | 160 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
September 08, 2023
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

X_____
Eric Rubin
Supreme Judicial Services, Inc.
371 Merrick Road, Suite 202
Rockville Centre, NY 11570
516-825-7600
Atty File#:

AMY J. CHANTRY
NOTARY PUBLIC
My Commission Expires Mar. 31, 2028